IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                          Case No. 3:26-CR-30018-NJR-1

FERNANDO GONZALEZ-TZOY,

Defendant.

## ORDER

**ROSENSTENGEL, District Judge:**

Pending before the Court is Defendant Fernando Gonzalez-Tzoy's Motion for Expedited Presentence Investigation Report (PSR). (Doc. 17). Gonzalez-Tzoy informed his counsel that he wishes to enter an "open" plea of guilty. *Id.* ¶ 2. To that end, he asked his counsel to request an expedited PSR. *Id.* ¶ 3. He is willing to sign the necessary waiver. *Id.* ¶ 4. Because the Government believes that Gonzalez-Tzoy "appears to be 'fast track' eligible," it has no objection to an expedited PSR or a combined change of plea and sentencing hearing after the PSR is disclosed. *Id.* ¶ 5.

Finding good cause, the Court **GRANTS** Defendant Fernando Gonzalez-Tzoy's motion. The U.S. Probation Office is **DIRECTED** to prepare a Pre-Plea PSR. Rule 32(e)(1) expressly prohibits the Probation Officer from submitting a PSR to the Court or disclosing the contents of a PSR to anyone until the defendant has pleaded guilty, *unless the defendant has consented in writing.* Defense counsel is therefore **DIRECTED** to obtain Gonzalez-Tzoy's written consent.

A copy of this Order shall be provided by the Clerk's Office to the **U.S. Probation Office for the Southern District of Illinois, ATTN: Craig Knabe**.

**IT IS SO ORDERED.**

**DATED:   April 3, 2026**

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**